**CITY OF ST. PAUL and County of Ramsey, Petitioner, v. Honorable Gunnar H. NORD-BYE, U. S. District Judge, District of Minnesota.**

**No. 384, Original.**

Circuit Court of Appeals, Eighth Circuit.
July 17, 1934.

L. L. Anderson, Louis P. Sheahan, M. F. Kinkead, and John A. Pearson, all of St. Paul, Minn., for petitioner.

Patrick J. Ryan and Roy A. MacDonald, both of St. Paul, Minn., for respondent.

PER CURIAM.

Petition for leave to file application for writ of mandamus or prohibition denied.

**William J. COCKE, Jr., Trustee for Galahad Press, Inc., Bankrupt, Appellant, v. FOUNDATION FOR CHRISTIAN ECO-NOMICS, Inc., Silver Shirt Legion of America, Inc., Appellee.**

**No. 3765.**

Circuit Court of Appeals, Fourth Circuit.
Oct. 4, 1934.

William J. Cocke, Jr., of Asheville, N. C., for appellant.

Ford, Coxe & Carter, of Asheville, N. C., for appellee.

PER CURIAM.

Motion of appellant for leave to withdraw petition for appeal filed. Appellant allowed to withdraw petition for appeal. Order filed.

**COMMERCIAL CASUALTY INS. CO., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 5505.**

Circuit Court of Appeals, Third Circuit.
Dec. 10, 1934.

Wm. Ristig, of Washington, D. C., Ernest C. Lum, of Newark, N. J., and Arthur H. Deibert, of Washington, D. C. (Lum, Tamblyn & Colyer, of Newark, N. J., of counsel), for petitioner.

Arnold Raum, of Washington, D. C., Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Edward H. Hammond, Sp. Assts. to Atty. Gen., for respondent.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

This case depends on its own particular facts, and, as no precedent or principle is involved, and we find ourselves in accord with the action of the Tax Board, we limit ourselves to an affirmance of its order.